```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
FRED CHARLEMAGNE,
                    Petitioner,

         - against -                           05 Civ. 9890 (DAB)
                                               MEMORANDUM & ORDER
GLEN S. GOORD, Commissioner and
BRIAN FISHER, Superintendent,
                    Respondents.
------------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

On June 30, 2008 United States Magistrate Judge Pitman entered a Report and Recommendation ("Report") in this matter. On July 24, 2008, the Court received in Chambers a request from the Petitioner to extend time for him to make objections to the Report.

Due to problems accessing the correctional facility law library, Petitioner has forty-five (45) days from the date of this ORDER to file objections, if any. THERE SHALL BE NO FURTHER EXTENSIONS.

SO ORDERED.

Dated:   New York, New York
         July 31, 2008

                                    Deborah A. Batts
                                    United States District Judge

1